IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD EARL ROACH,

        Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                              Case No. 12-cv-787-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of the Acting Commissioner of Social Security denying plaintiff Ronald Earl Roach's application for disability insurance benefits and supplement security income and remanding this case to the Acting Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

_____         _8/15/13_____
Peter Oppeneer, Clerk of Court                                   Date