IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD EARL ROACH,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

    v.                                        Case No. 12-cv-787-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Ronald Earl Roach attorney fees and costs in the amount of $6,300 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


    _____s/ A. Wiseman, Deputy Clerk_____     _____11/25/2013_____
            Peter Oppeneer, Clerk of Court                          Date